**SEALED** ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
JAN 16 2019
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. RANDALL DOYLE MCGUIRE, *Defendant.* | SEALED Case No. **CR 19-009-RAW** |

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**POSSESSION OF UNREGISTERED FIREARM (DESTRUCTIVE DEVICE-INCENDIARY BOMB)**
[26 U.S.C. §§ 5861(d), 5841 & 5871]

On or about July 16, 2018, within the Eastern District of Oklahoma, the defendant, **RANDALL DOYLE MCGUIRE**, did knowingly possess a destructive device (incendiary bomb), which is a firearm, as defined in Title 26, United States Code, Section 5845, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d), 5841 and 5871.

A TRUE BILL:

BRIAN J. KUESTER
United States Attorney

*[signature]*
GREGORY DEAN BURRIS, OBA # 16995
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

1