**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

|  |  |  |  |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | Case No. | CR-19-09-RAW |
| v. | ) | | |
| | ) | Date: | 1/29/2019 |
| RANDALL DOLE MCGUIRE, | ) | | |
| | ) | Time: | 10:28 a.m. – 10:32 a.m. |
| Defendant. | ) | | |

## MINUTE SHEET - ARRAIGNMENT

Steven P. Shreder, Judge          N. Davis, Deputy Clerk          K. McWhorter, Reporter
                                                                  FTR - Courtroom 4

Counsel for Plaintiff:     Ryan H. Heatherman, AUSA (for this hrg. only)
Counsel for Defendant:     Robert S. Williams, AFPD
☒ Fin. Afd / Deft orally requested counsel    Objections ☐ yes  ☒ no    ☒ Court appointed counsel
Defendant appeared in person: ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;

☒ Defendant acknowledged receipt of Indictment and has had an opportunity to discuss it with counsel
☒ Defendant advised of constitutional rights, charges, possible penalties
☒ Defendant entered not guilty plea as to Count   1   of the Indictment

**Trial / Motions:**
☒ **Jury Trial set**   March 5, 2019 at 9:00 a.m.   **before Judge Ronald A. White**
☒ Court advised defendant will have 14 days to file motions and Government will have 7 days to respond

**Discovery:**
☒ Court inquired of counsel as to the status of discovery production pursuant to Local Criminal Rule 16.1(A) requiring the Government to provide discovery to defendant contemporaneously with the arraignment.
    ☐ Government has complied         ☒ Government has not complied
    Parties ☐ do  ☒ do not foresee any problems which the Court should anticipate.

**Detention / Bond:**
☐ Parties have reviewed Pretrial Services Report regarding detention    Objections ☐ yes  ☐ no
☒ Government orally moved for Detention
☒ Defendant orally moved for detention hearing
☒ **Detention hearing set**  January 31, 2019 at 2:00 p.m.  **before Judge Steven P. Shreder**
☒ Defendant to remain in custody and was remanded to the custody of USMS pending detention hearing

**Minutes:**
☒ Defendant's name amended by interlineations to Randall Dole McGuire    Objections ☐ yes  ☒ no