# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.: CR 19-09-RAW |
| Plaintiff, | ) | |
| v. | ) | Date: 01/31/2019 |
| | ) | |
| RANDALL DOLE MCGUIRE | ) | Time: 2:31 PM – 2:32 PM |
| Defendant. | ) | |

## MINUTE SHEET
## SAID CAUSE CAME ON FOR DETENTION HEARING

U.S. Magistrate Judge Kimberly E. West    Allison Winkle, Deputy Clerk    Karla McWhorter, Reporter
                                                                          FTR Courtroom:  3 - Room 432

Counsel for Plaintiff:    Gregory Dean Burris, AUSA

Counsel for Defendant    Robert S. Williams, AFPD        [X] Defendant present

**MINUTES:**

Parties ask that the hearing be continued to next week 2/7/2019 at 2:00 PM. Court grants continuance and resets the Detention Hearing for 2/7/2019 at 2:00 PM in Courtroom 4 before Magistrate Judge Shreder. Nothing further by parties. Adjourn.

☐  The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: \*\*.