IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  CR-19-09-RAW |
| ) | |
| RANDALL DOLE McGUIRE, ) | |
|         Defendant. ) | |

**UNOPPOSED MOTION FOR ORDER SETTING CONDITIONS OF RELEASE**

The Defendant, Randall Dole McGuire, through his attorney, Robert S. Williams, Assistant Federal Public Defender, and pursuant to 18 U.S.C. § 3142, *et. seq.* hereby moves this Court for an order setting conditions of pre-trial release, stating in support as follows:

**BACKGROUND**

The Grand Jury returned a single-count Indictment (Doc# 3) charging Mr. McGuire with Possession of an Unregistered Firearm (Destructive Device-Incendiary Bomb) in violation of 26 U.S.C. §§ 5861(d), 5841, and 5871. Mr. McGuire has entered a plea of not guilty to the charge.

The government made an oral motion for detention (Doc# 13) asking the Court to detain Mr. McGuire pending further proceedings. On January 31, 2019, the parties appeared at a Detention Hearing before the Honorable Judge West. The government stated it would not object to pre-trial release, so long as, one of the conditions of release was that Mr. McGuire participate in an in-patient drug treatment program.

Andrew Terry (918-916-2979) is the director of the Southern Oklahoma Addiction Recovery Center (SOAR). Mr. Andrews advised the United States Probation Office and the undersigned counsel that Mr. McGuire has been accepted into the SOAR program, and that a bed available as of February 1, 2019.

Mr. McGuire moves this Court to issue an order of release containing Terms and Conditions

of Release, which includes participation in the SOAR in-patient program.

Respectfully submitted this 1st day of February, 2019.

                                            OFFICE OF THE FEDERAL PUBLIC DEFENDER
                                            Julia L. O'Connell, Federal Public Defender

                                          By: s/Robert Scott Williams
                                                Robert Scott Williams, OBA #19974
                                                Assistant Federal Public Defender
                                                627 W. Broadway
                                                Muskogee, Oklahoma 74401
                                                (918) 687-2430
                                                Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Dean Burris - Office of the United States Attorney

                                                s/Robert Scott Williams
                                                Robert Scott Williams
                                                Assistant Federal Public Defender