## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-19-09-RAW |
| ) | |
| RANDALL DOYLE MCGUIRE, ) | |
| Defendant. ) | |

### NOTICE OF INTENT TO ENTER PLEA

The Defendant, **RANDALL DOYLE MCGUIRE**, through his attorney, Robert S. Williams, Assistant Federal Public Defender, hereby advises the Court he intends to enter a plea of guilty to the Indictment.

Respectfully submitted on March 15, 2019.

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Julia L. O'Connell, Federal Public Defender

By: s/Robert Scott Williams
    Robert Scott Williams, OBA #19974
    Assistant Federal Public Defender
    627 W. Broadway
    Muskogee, Oklahoma 74401
    (918) 687-2430
    Counsel for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on **RANDALL DOYLE MCGUIRE**, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Dean Burris - Office of the United States Attorney

  s/Robert Scott Williams
  Robert Scott Williams
  Assistant Federal Public Defender