# UNITED STATES DISTRICT COURT

for the

### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.:   CR-19-09-RAW |
| Plaintiff, | ) | |
| **v.** | ) | Date:   03/26/2019 |
| | ) | |
| RANDALL DOLE MCGUIRE, | ) | Time:   10:56 a.m. – 11:10 a.m. |
| | ) | |
| Defendant. | ) | |

**MINUTE SHEET**
**CHANGE of PLEA**

U.S. Magistrate Judge Steven P. Shreder       Nick Davis, Deputy Clerk       Ken Sidwell, Reporter
                                                                                              FTR Courtroom:   4 - Room 420

Counsel for Plaintiff:   Gregory Dean Burris, AUSA
Counsel for Defendant: Robert S. Williams, AFPD

Defendant appears in person: ☒  with Counsel;  ☐  Counsel waived;  ☐  w/o Counsel;
Defendant:  ☒  Sworn

☒  Consent to Proceed before U. S. Magistrate Judge executed by defendant and filed.

☒  Defendant advised of charges and possible penalties
☒  Guideline estimates discussed

☒  Defendant entered guilty plea to Count ____1____ of the Indictment
☐  Plea Agreement: ☐ terms orally disclosed      ☐ written plea agreement filed   ☒ no written plea agreement
        ☐ Motion for Additional One Point Reduction for Acceptance of Responsibility filed by Government
        ☐ Remaining Count(s) to be dismissed at sentencing: Count(s)_____

Defendant waived: ☐ Indictment;  ☒ Jury Trial;  ☐ Speedy Trial;  ☐ 30 Days Preparation;
        ☐Separate Representation;  ☒ Waiver accepted by Court

☒  Defendant waived right to having jury determine facts used to enhance Defendant's sentence and consents to the
   sentencing judge to determine those facts

☒  Defendant related facts of charge;   ☒  Government agreed Defendant's statements meet elements of offense

☒  Court findings:     ☒  Defendant found mentally competent to understand charges and proceedings
                       ☒  Factual basis for Defendant's plea;
                       ☒  Defendant is guilty as charged as to Count ____1____ of the Indictment

☒  PSI Ordered       Probation Officer:__K. Pickering_____

☒  Defendant allowed to stand on present bond;   ☒  Government stipulates, findings made

☒  Government requested U.S. Magistrate issue Report and Recommendation to District Court with regard to
   finding of guilt. DENIED (SPS).