# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  *Plaintiff*, <br><br> v. <br><br> **RANDALL DOLE MCGUIRE,**  *Defendant*. | Case No.  CR-19-09-RAW |

## MOTION FOR ADDITIONAL ONE POINT REDUCTION
## FOR ACCEPTANCE OF RESPONSIBILITY

**COMES NOW** the plaintiff, the United States of America, by and through Brian J. Kuester, United States Attorney, and Gregory Dean Burris, Assistant United States Attorney, and moves this Honorable Court to grant an additional one level reduction in the advisory guideline sentence range for timely acceptance of responsibility thereby permitting the government to avoid preparing for trial and allowing the Court to allocate its resources efficiently pursuant to U.S.S.G. § 3E1.1(b).

                                                Respectfully submitted,

                                                BRIAN J. KUESTER
                                                United States Attorney

s/    Gregory Dean Burris
      GREGORY DEAN BURRIS, OBA # 16995
      Assistant United States Attorney
      Attorney for the Plaintiff
      520 Denison Avenue
      Muskogee, OK 74401
      (918) 684-5100
      Fax (918) 684-5150
      Dean.Burris@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

      Robert S. Williams, Attorney for Defendant

                                                     s/      Gregory Dean Burris
                                                              GREGORY DEAN BURRIS
                                                               Assistant United States Attorney